# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2935

_____

United States of America

*Plaintiff - Appellee*

v.

Cedric A. Lovejoy

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: March 10, 2016
Filed: March 15, 2016
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Cedric A. Lovejoy directly appeals the sentence imposed by the district court[1]
after he pleaded guilty to sexual exploitation of a child. His counsel has moved to

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the
Western District of Missouri.

withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence was unreasonable. We conclude that Lovejoy's appeal waiver should be enforced and prevents consideration of his claim. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); <u>United States v. Andis</u>, 333 F.3d 886, 889-90 (8th Cir. 2003) (en banc) (court should enforce appeal waiver and dismiss appeal where it falls within scope of waiver, plea agreement and waiver were entered into knowingly and voluntarily, and no miscarriage of justice would result). Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.

According, we dismiss the appeal and we grant counsel's motion to withdraw.

_____